IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CASE NUMBER 6:18-CR-60** |
| **v.** | § § § § | |
| **JESUS PEREZ-MORALES** | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge K. Nicole Mitchell regarding Defendant's plea of guilty to Counts 1 and 2 of the Information charging Defendant with violations of 21 U.S.C. § 846—Conspiracy to Possess with Intent to Distribute and Distribution of a Mixture or Substance Containing a Detectable Amount of Cocaine, and 18 U.S.C. § 924(c)(1)(A)—Use, Carrying, and Possession of a Firearm During and in Furtherance of a Drug Trafficking Crime.

Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on June 5, 2019, are hereby **ADOPTED**.

It is further **ORDERED** that Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report.

It is finally **ORDERED** that, pursuant to Defendant's plea agreement, the Court finds Defendant, Jesus Perez-Morales, **GUILTY** of Counts 1 and 2 of the Information in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against Defendant as to Counts 1 and 2 of the Information.

**SIGNED this 11th day of June, 2019.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE